~~Appendix A~~

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Bank of America, N.A.
     **Plaintiff(s)**

v.                                          CIVIL ACTION NO. 10-10107-WGY

Extell Boston Parking LLC
     **Defendant(s)**

## FORM OF DEFAULT JUDGMENT

Young            , D.J.

Defendant Extell Boston Parking LLC having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ 17,952,990.06 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ 0 .

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Extell Boston Parking LLC the principal amount of $ 17,952,990.06 , with costs in the amount of $ 0 and prejudgment interest at the rate of 0 % from _____ to _____ in the amount of $ 0 for a total judgment of $ 17,952,990.06 with interest as provided by law.

Dated: June 30, 2010

By the Court,

_____
**Deputy Clerk**

NOTE: The post judgment interest rate effective this date is 0.29%.

3